# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| GMX Resources, Inc., | ) | |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Poseidon Concepts, Inc., | ) | Case No. 1:13-cv-003 |
| Defendant. | ) | |

On September 11, 2014, the court issued an order directing the parties to show cause by September 19, 2014, as to why this case should proceed as scheduled notwithstanding plaintiff's pending bankruptcy proceedings and the automatic stay of defendant's prosecution of its counterclaim. Neither party has filed a response.

In light of the fact that plaintiff has filed for bankruptcy, the court shall suspend the pretrial deadlines and cancel the final pretrial conference and trial respectively set for October 7 and 21, 2014, with the understanding they shall be rescheduled at a future date and time. The parties are directed to notify the court when the automatic stay in plaintiff's bankruptcy has terminated or expired.

**IT IS SO ORDERED.**

Dated this 26th day of September, 2014.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court